IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ALIMAK HEK, INC.,

                      Plaintiff,

-vs-                                  Case No. 1:11-cv-622

CHARLES HERRERA, D/B/A AUSTIN
ELEVATOR CONSULTANTS AND RACK
AND PINION MFG, INC.,       Defendants

FILED 2011 JUL 26 PM 4:45
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

### ORDER

BE IT REMEMBERED on this the 26th day of July, 2011, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Leroy Penn Spell** ("Applicant"), counsel for **Alimak Hek, Inc.** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Alimak Hek, Inc.** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 26th day of July, 2011.

*Sam Sparks*
UNITED STATES DISTRICT JUDGE