AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| ALIMAK HEK, INC.<br><br>*Plaintiff*<br><br>v.<br><br>Charles Herrera, d/b/a Austin Elevator Consultants; William F. Mims, Jr. and Texas Mast Climbers, LLC, d/b/a R & P Mfg., Inc.<br><br>*Defendant* | Civil Action No. 1:11-CV-00622-SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Charles Herrera d/b/a Austin Elevator Consultants
314 Highland Mall Blvd.
Ste. 104
Austin, Texas 78752

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gavin Villareal
Dustin Howell
Baker Botts L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701-4078

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 3 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| ALIMAK HEK, INC. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:11-CV-00622-SS |
| Charles Herrera, d/b/a Austin Elevator Consultants; William F. Mims, Jr. and Texas Mast Climbers, LLC, d/b/a R & P Mfg., Inc. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William F. Mims, Jr.
667 HCR 1256
Whitney, Texas 76692

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gavin Villareal
Dustin Howell
Baker Botts L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701-4078

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___AUG - 3 2011___

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| ALIMAK HEK, INC. <br><br> *Plaintiff* <br><br> v. <br><br> Charles Herrera, d/b/a Austin Elevator Consultants; William F. Mims, Jr. and Texas Mast Climbers, LLC, d/b/a R & P Mfg., Inc. <br><br> *Defendant* | Civil Action No. 1:11-CV-00622-SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Texas Mast Climbers, LLC, d/b/a R & P Mfg., Inc.
201 Leahman Roar Loop
Whitney, TX 76692

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gavin Villareal
Dustin Howell
Baker Botts L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701-4078

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  AUG - 3 2011

*Signature of Clerk or Deputy Clerk*